UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| RASHAWN KIRKPATRICK ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 3:16-cv-00220-DJH-CHL |
| ) | |
| G.L.A. COLLECTION CO., INC., ) | |
| ) | |
| Defendant ) | |

**STIPULATION OF DISMISSAL**

The Plaintiff, Rashawn Kirk Patrick, by counsel, Octavio Gomez of Morgan & Morgan, Tampa P.A., and the Defendant, GLA Collection Co., Inc., by counsel, William E. Smith, III, of the law firm of Kightlinger & Gray, LLP, stipulate that matters in controversy in the above-entitled cause of action involving the Plaintiff, Rashawn Kirk Patrick, and the Defendant, GLA Collection Co., Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Co., Inc., have been fully compromised and settled.

It is further stipulated that all parties shall bear their own costs. It is therefore further stipulated and agreed that the Complaint is hereby dismissed by the Plaintiff with Prejudice as to the Defendant, GLA Collection Co., Inc..

| | |
|---|---|
| /s/Octavio Gomez (*with permission*) | /s/ William E. Smith, III |
| Octavio Gomez | William E. Smith, III |
| Morgan & Morgan, Tampa, P.A. | Kightlinger & Gray, LLP |
| 201 N. Franklin St., 7th Flr | Bonterra Building, Suite 200 |
| Tampa, FL 33602 | 3620 Blackiston Boulevard |
| (813) 223-5505 | New Albany, IN 47150 |
| TGomez@ForThePeople.com | (812) 949-2300 |
| *Counsel for Plaintiff,* | wsmith@k-glaw.com |
| *Rashawn Kirk Patrick* | *Counsel for Defendant, GLA Collection Co., Inc.* |

160850\3657828-1