UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RASHAWN KIRKPATRICK,                                                                   Plaintiff,

v.                                                                   Civil Action No. 3:16-cv-220-DJH-CHL

G.L.A. COLLECTION COMPANY,
INCORPORATED,                                                                   Defendant.

\* \* \* \* \*

## **ORDER**

  The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 17)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

  **ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.  All dates and deadlines set in this matter are **VACATED**.

February 2, 2017

**David J. Hale, Judge**
**United States District Court**

1